Territorial Law Library



## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM | ) CRIMINAL CASE NO. CM0679-08 |
| | ) |
| vs. | ) |
| | ) |
| TAKE T. KUMO, | ) DECISION AND ORDER |
| | ) |
| Defendant. | ) |
| | ) |

This matter came before the Honorable Alberto C. Lamorena III on April 29, 2009 on Defendant's Motion to Dismiss. Attorney Brian Kelly appeared on behalf of the People of Guam. Appearing on behalf of Defendant was Attorney Maria G. Fitzpatrick. After reading the parties' briefs, the Court took the matters under advisement. The Court now issues its Decision and Order.

### FACTUAL HISTORY

On December 17, 2007, the Defendant was arrested for Driving While Under the Influence of Alcohol. Defendant was booked and released, and issued a Notice to Appear for December 24, 2008. Defendant was charged with the above offenses on August 28, 2008, however, no summons was issued and Defendant appeared in court on December 24, 2008, at

-1-

which time his attorney was assigned, and was arraigned on January 7, 2009, at which time he aasserted his right to a speedy trial.

## DISCUSSION

This Court has addressed Defendant's concerns regarding 8 GCA §80.60 and the Sixth Amendment in its Decision and Order in CM0766-08, People v. Reyes, a case involving a similar fact pattern, issued on June 29, 2009. In that Decision and Order, the Court held that the actions of the People in these situations are not in violation of Defendant's rights. Defendant's immediate assertion of the right to a speedy trial in this matter does not change the Court's analysis on whether Defendant was arraigned and charged promptly.

## CONCLUSION

Based on the above, Defendant's Motion to Dismiss is hereby DENIED. A pre-trial conference will be held on July 27, 2009 at 3:00 P.M., and jury selection will be held on July 31, 2009 at 10:00 A.M.

**IT IS SO ORDERED** this 10th day of July, 2009.

**Alberto C. Lamorena III**
Presiding Judge
Superior Court of Guam



-2-